## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | | |
|---|---|---|
| RICHARD LAMAR CARTER | ) | CIVIL ACTION NO.: CV590-276 |
| GEORGE HOWELL | ) | CV590-273 |
| VERNON CHARLES SMITH | ) | CV590-278 |
| GLORIA BUTLER | ) | CV591-005 |
| DANNY KIRKLAND | ) | CV591-019 |
| ROBERT ROLLINS | ) | CV597-076 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |



### ORDER

Defendant has filed Objections to Plaintiffs' use of the Video Deposition of Arthur L. Frank, M.D. (Doc. 129.)   After review, the Court rules as follows:

Defendant objects to any portion of the deposition which pertains to a person who is not a plaintiff in these cases.   Defendant's objection in this regard is **sustained**.

As to the other page and line designations, the Court rules as follows:

| | |
|---|---|
| Page 22, Line 15 to Page 22, Line 22 | Defendants' Objection is **overruled**. |
| Page 22, Line 23 to Page 22, Line 24 | Defendant's Objection is **overruled**. |
| Page 24, Line 10 to Page 25, Line 16 | Defendant's Objection is **overruled**. |
| Page 27, Line 11 to Page 27, Line 17 | Defendant's Objection is **overruled**. |
| Page 28, Line 10 to Page 28, Line 17 | Defendant's Objection is **overruled**. |
| Page 30, Line 23 to Page 31, Line 7 | Defendant's Objection is **overruled**. |
| Page 31, Line 8 through Page 31, Line 21 | Defendant's Objection is **sustained**. |

| | |
|---|---|
| Page 32, Line 18 to Page 34, Line 2 | Defendant's Objection is **overruled**. |
| Page 34, Line 3 through Page 41, Line 5 | Defendant's Objection is **overruled**. |
| Page 53, Line 5 to Page 53, Line 14 | Defendant's Objection is **sustained**. |
| Page 56, Line 21 to Page 57, Line 3 | Defendant's Objection is **overruled**. |
| Page 57, Line 24 to Page 58, Line 7 | Defendant's Objection is **overruled**. |

**SO ORDERED**, this 9th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)