IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RICHARD LAMAR CARTER<br>GEORGE HOWELL<br>VERNON CHARLES SMITH<br>GLORIA BUTLER<br>DANNY KIRKLAND<br>ROBERT ROLLINS<br><br>   Plaintiffs,<br><br>v.<br><br>CSX TRANSPORTATION, INC.,<br><br>   Defendant. | CIVIL ACTION NO.: CV590-276<br>CV590-273<br>CV590-278<br>CV591-005<br>CV591-019<br>CV597-076 |

## ORDER

Plaintiffs have designated portions of the deposition of Mark E. Badders as testimony which they seek to introduce at the trials of these cases. That deposition was not taken in any of the captioned cases. Defendant has filed Objections to the introduction of those portions of Badders' deposition. (<u>Carter</u>, doc. 131.)

The designated portions of the deposition of Mark E. Badders will be allowed only if relevant and the requirements of Federal Rule of Evidence 804 (b)(1) are satisfied.

**SO ORDERED**, this 9th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)