IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RICHARD LAMAR CARTER, | § | Civil Action No. CV590-267 |
| GEORGE HOWELL | § | Civil Action No. CV590-273 |
| VERNON CHARLES SMITH | § | Civil Action No. CV590-278 |
| GLORIA BUTLER | § | Civil Action No. CV591-005 |
| DANNY KIRKLAND | § | Civil Action No. CV591-019 |
| ROBERT ROLLINS | § | Civil Action No. CV597-076 |
| | § | |
| Plaintiffs, | § | |
| vs. | § | |
| | § | |
| CSX TRANSPORTATION, INC., | § | |
| Defendant. | § | |

## MINUTE ORDER

The above-captioned cases having come before this Court for a Pretrial Conference this 8th day of December, 2005 and the following motions and other matters having been orally ruled upon by this Court, said rulings as listed below are hereby made the judgment of this Court:

(1) In the Richard Lamar Carter case, Defendant CSX Transportation, Inc.'s Motion for Partial Summary Judgment Regarding Lost Wages, being unopposed, is hereby GRANTED; and

(2) In the Richard Lamar Carter case, Defendant CSX Transportation, Inc.'s Partial Objection to the Magistrate's Order dated September 29, 2005, and more particularly to paragraph numbered 12, (Document 96) is hereby SUSTAINED; accordingly, evidence of alleged asbestos exposure by Plaintiff Carter as a child from the work clothing of family members who worked with Defendant shall be excluded; and

1

(3) In each of the above-captioned cases, Defendant CSX Transportation, Inc.'s Objection to the Magistrate's Order dated November 8, 2005 wherein the Magistrate denied Defendant's Motion *in Limine* to Exclude the Testimony of Barry Castleman, is hereby OVERRULED; and

(4) The Richard Lamar Carter case shall be tried beginning on December 12, 2005; and

(5) The remaining above-captioned cases shall be tried individually and in order of case number beginning the week of January 16, 2006, and as further ordered by this Court.

IT IS SO ORDERED, this _9th_ day of December, 2005.

_____
Hon. Anthony A. Alaimo, Judge
United States District Court
For the Southern District of Georgia