IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

VERNON CHARLES SMITH,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV590-278

CSX TRANSPORTATION, INC.,

    Defendant.

## ORDER

As counsel for Plaintiff is a Georgia State Senator and is currently attending a legislative session involving matters of great public interest, the Clerk is directed to **close** this case for statistical purposes. Counsel for Plaintiff shall advise the Court when the legislative session has concluded.

**SO ORDERED**, this 15th day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)